## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

MICHAEL EUGENE NICHOLS,               Case Number: 1:20-cv-557
     Plaintiff,                                Litkovitz, M.J.

     vs.

COMMISSIONER OF SOCIAL SECURITY,      **ORDER**
     Defendant.

       This matter is before the Court on the parties' joint motion to remand this case for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and to enter judgment in favor of plaintiff pursuant to Fed. R. Civ. P. 58.  (Doc. 19).

       Pursuant to the parties' agreement, this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).  Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision.  The Commissioner will develop the administrative record as necessary to determine whether plaintiff is disabled within the meaning of the Social Security Act, hold a new hearing, and then issue a new decision.

       **IT IS THEREFORE ORDERED THAT** the parties' joint motion to remand (Doc. 19) is **GRANTED**; this case is **REMANDED** to the Commissioner of Social Security for further administrative proceedings; and the Clerk of Court is **DIRECTED** to enter a separate judgment as required by Fed. R. Civ. P. 58.

Date:   4/26/2021                        Karen L. Litkovitz
                                           United States Magistrate Judge